# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL SANTANA,<br><br>        Petitioner,<br><br>        v.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | CASE NO. 1:03-CR-5107 AWI<br>(Civil Case No. 1:16-CV-0917 AWI)<br><br>ORDER LIFTING STAY AND<br>DISMISSING PETITION AS MOOT |

This is a petition for relief from sentence under 28 U.S.C. § 2255. See Doc. No. 104. The Petitioner seeks relief in light of the recent Supreme Court decisions in *Johnson v. United States*, 135 S.Ct. 2551 (2015). See id. On July 6, 2016, the Court stayed this case pending resolution by the Ninth Circuit of *inter alia United States v. Begay* (Appeal No. 14-10080). See Doc. No. 106.

On July 31, 2017, the Court received a notice of death. See Doc. No. 107. Warden J.C. Holland informed the Court that Petitioner died on July 14, 2017 as a result of cancer. See id.

With the death of Petitioner, the Petitioner is no longer in custody and no relief can be granted to him. Thus, the petition is now moot. See Krantz v. United States, 224 F.3d 125, 12x (2d Cir. 2000); United States v. Lund, 2017 U.S. Dist. LEXIS 101515 (E.D. Cal. June 28, 2017); see also Burbine v. Scribner, 445 F. App'x 923, 924 (9th Cir. 2011). As a result, the Court will lift the stay and deny the petition as moot.

Accordingly, IT IS HEREBY ORDERED that:

1. The stay in this matter that was issued on July 6, 2016, is LIFTED; and
2. The 28 U.S.C. § 2255 petition (Doc. No. 104) is DENIED as moot.

IT IS SO ORDERED.

Dated:  August 2, 2017                              _____
                                                                SENIOR  DISTRICT  JUDGE