# Notice of Death and Order Closing Case

## UNITED STATES DISTRICT COURT

### FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Docket No: 0972 1:03CR05107-001 |
| ) | |
| **SANTANA, Raul** ) | |
| ) | |

On November 17, 2003, the above-named was sentenced to the custody of the Bureau of Prisons for a term of Life. On July 18, 2017, this office was notified by United States Department of Justice, Federal Bureau of Prisons, that Raul Santana died at approximately 10:15 a.m. on Friday, July 14, 2017. It is accordingly recommended this case be closed.

Respectfully submitted,

*/s/ Tim D. Mechem*
Timothy D. Mechem
Supervising United States Probation Officer


Dated: August 2, 2017
Fresno, California
TDM:mb


*/s/ Brian J. Bedrosian*
**REVIEWED BY:** **Brian J. Bedrosian**
**Supervising United States Probation Officer**

**Re:	RAUL SANTANA**
	**Docket No:	0972 1:03CR05107-001**
	<u>**Notice of Death and Order Closing Case**</u>

## ORDER OF COURT

It appearing that Raul Santana is deceased, it is hereby ordered the proceedings in this case be terminated and the case closed.

IT IS SO ORDERED.

Dated:   August 3, 2017                    _____
                                            SENIOR   DISTRICT   JUDGE